UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A05-0081--CV (RRB)
"LEWIS LANDERS V NOVARTIS PHARMACEUTICALS ET"

Including terminated parties, excluding terminated counsel

Presiding Judge: The Honorable Ralph R. Beistline, U.S. District Judge
Magistrate Judge:
Referral Rule:
Filed: 04/15/05
Closed: NO

Jurisdiction: (4) Diversity (see citizenship of parties)
PLF Diversity: (1) Citizen of This State
DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

Nature of Suit: (365) Personal injury - product liability
STRICT LIABILITY, NEGLIGENCE IMPLIED
Origin: (1) Original Proceeding
Demand: 75
Filing fee: Paid $250.00 on 04/15/05 receipt # 00125501
Trial by: Jury

| Parties of Record: | | | Counsel of Record: |
|---|---|---|---|
| PLF 1.1 | | LANDERS, LEWIS | Darryl L. Jones<br>Law Office of Darryl L. Jones<br>109 W. 6th Avenue, Suite 200<br>Anchorage, AK 99501<br>907-278-1212<br>FAX 907-278-1213 |
| DEF 1.1 | | NOVARTIS PHARMACEUTICALS CORP | Matthew K. Peterson<br>Clapp Peterson et al<br>711 H Street, Suite 620<br>Anchorage, AK 99501-3454<br>907-272-9272<br>FAX 907-272-9586<br><br>Martin C. Calhoun<br>Clapp Peterson et al<br>711 H Street, Suite 620<br>Anchorage, AK 99501<br>907-272-9272<br>FAX 907-272-9586 |
| DEF 2.1 | [T] | PATHEON WHITBY INC | No counsel found for this party! |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
          CIVIL DOCKET ENTRIES FOR CASE A05-0081--CV (RRB)
                "LEWIS LANDERS V NOVARTIS PHARMACEUTICALS ET"

                           For all filing dates


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 04/15/05
            Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (1) Citizen of This State
     DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

    Nature of Suit: (365) Personal injury - product liability
                    STRICT LIABILITY, NEGLIGENCE IMPLIED
            Origin: (1) Original Proceeding
            Demand: 75
        Filing fee: Paid $250.00 on 04/15/05 receipt # 00125501
          Trial by: Jury


 Document #   Filed      Docket text

     1 -  1   04/15/05   Complaint filed.

     2 -  1   04/15/05   PLF 1 Jury Demand.

     3 -  1   04/21/05   PLF 1 Complaint (Amended).

     4 -  1   06/01/05   PLF 1 Notice of absence from state from 6/7/05 thorugh 7/24/05.

  NOTE -  1   06/08/05   Issued: summons re: DEF 1.

  NOTE -  2   06/17/05   Issued: summons re: DEF 2.

     5 -  1   06/20/05   RRB Minute Order plf is required to take action as to failure to serve.
                         Plf to comply with rule 4(m).    cc: cnsl

     6 -  1   07/06/05   DEF 1 Attorney Appearance of M. Peterson.

     7 -  1   07/06/05   DEF 1 Answer to Complaint.

     8 -  1   07/06/05   DEF 1 Jury Demand.

     9 -  1   07/06/05   DEF 1 Corporate Disclosure Stmt.

    10 -  1   07/20/05   DEF 2 Attorney Appearance of K. Gutsch.

    11 -  1   07/20/05   DEF 2 Corporate Disclosure Statement.

    12 -  1   08/08/05   DEF 1 Answer to Amended Complaint.

    13 -  1   08/08/05   DEF 1 Renewed Jury Demand.

    14 -  1   08/10/05   RRB Minute Order (warning) re pltf to proof of service re D2 due 120
                         days from flg of compalint or def may be dsmssd. cc: cnsl

    15 -  1   08/30/05   DEF 2 motion for ext of time to file answer.

    15 -  2   08/31/05   RRB Order granting DEF 2 motion for 30 day ext of time to file
                         answer/motion to dismiss (15-1). cc: cnsl
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A05-0081--CV (RRB)
                      "LEWIS LANDERS V NOVARTIS PHARMACEUTICALS ET"

                                    For all filing dates

Document #   Filed      Docket text
----------   --------   ----------

    16 -  1  09/12/05   DEF 1 motion to permit appearance and participation of non-resident
                        attorney Martin C. Calhoun as co-counsel.

    17 -  1  09/16/05   RRB Order granting motion to permit appearance and participation of
                        non-resident attorney Martin Calhoun as co-counsel (16-1).  cc: cnsl

    18 -  1  09/27/05   DEF 2 motion to dismiss pursuant to FRCP 12(b) w/att exhs.

    19 -  1  09/27/05   DEF 2 motion for leave to file facsimile affidavit of Riccardo Trecroce.

    20 -  1  09/28/05   DEF 2 Notice of filing orig aff of R. Trecrose re: DEF 2 motion to
                        dismiss pursuant to FRCP 12(b) (18-1) w/att aff.

    21 -  1  10/07/05   PLF 1 Stipulation for dismissal of claims against Patheon, Inc. with
                        prejudice.

    21 -  2  10/07/05   Order granting stipulation for dismissal of claims against Patheon, Inc.
                        with prejudice (21-1); terminating in light of this order: motion to
                        dismiss pursuant to FRCP 12(b) (18-1), motion for leave to file
                        facsimile affidavit of Riccardo Trecroce (19-1).  cc: cnsl

    22 -  1  10/11/05   RRB Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                        due w/i 28 days from svc of this ord. cc: cnsl

    23 -  1  11/08/05   PLF 1; DEF 1 Sheduling and Planning Coference Report.

    24 -  1  11/14/05   RRB Scheduling and Planning Order setting pretrial deadlines: Original
                        discovery 01/31/07; Dispositive motions deadline 03/01/07; Estimate of
                        trial 10 days. cc: cnsl
```