Matthew K. Peterson
CLAPP, PETERSON, VAN FLEIN,
 TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK 99501
Ph. (907) 272-9272/Fax (907) 272-9586

Joe G. Hollingsworth
Bruce J. Berger
Martin C. Calhoun
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W.
Washington, DC  20005
(202) 898-5800

Attorneys for Defendant
Novartis Pharmaceuticals

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEWIS LANDERS,<br><br>                    Plaintiff,<br><br>vs.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION (distributor) and PATHEON, INC. (manufacturer),<br><br>                    Defendants. | **STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Case No. A05-081 CV (RRB) |

Stipulation for Dismissal with Prejudice
Landers v. Novartis Pharmaceuticals, et al., Case No. A05-081 (RRB)

Plaintiff LEWIS LANDERS, by and through his counsel of record, Law Office of Darryl L. Jones, and Defendant NOVARTIS PHARMACEUTICALS CORPORATION, by and through its counsel of record, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, stipulate and agree that all claims of Plaintiff LEWIS LANDERS as against Defendant NOVARTIS PHARMACEUTICALS CORPORATION shall be and are dismissed with prejudice, pursuant to the terms of a separately signed release, each party to bear its own costs and fees.

DATED at Anchorage, Alaska, this ___9th___ day of June, 2006.

/s/    Darryl L. Jones
Darryl L. Jones, #8811188
**Law Office of Darryl L. Jones**
109 W. Sixth Avenue, Suite 200
Anchorage, Alaska 99501
Attorneys for Plaintiff Lewis Landers

/s/    Matthew K. Peterson    6/14/06
Matthew K. Peterson, #8006038
**Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC**
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272

Joe G. Hollingsworth
Bruce J. Berger
Martin C. Calhoun (*pro hac vice*)
**Spriggs & Hollingsworth**
1350 I Street, N.W.
Washington, DC 20005
(202) 898-5800
Attorneys for Defendant Novartis Pharmaceuticals Corporation

F:\Document\Landers v. NOVARTIS PHARMACEUTICALS\pldg - Stipulation for Dismissal.doc

Stipulation for Dismissal with Prejudice
Landers v. Novartis Pharmaceuticals, et al., Case No. A05-081 (RRB)
Page 2 of 2