UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


<u>  LANDERS  </u>  v.  <u>  NOVARTIS , et al.  </u>

DATE:  <u>  June 26, 2006  </u>   CASE NO.  <u>  3:05-cv-0081-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**DISMISSING ACTION**

---

Pursuant to the parties' Stipulation for Dismissal with Prejudice, filed at Docket 25, the above matter is hereby **DISMISSED** with prejudice in its entirety.


M.O. DISMISSING ACTION